**CEM**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 474**

**JUDGE ASPEN**
**MAGISTRATE JUDGE KEYS**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Plaintiffs
UMG RECORDINGS, et al.
v
PARRISH BROWN
Defendant

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UMG RECORDINGS, INC.; ARISTA RECORDS LLC; LAFACE RECORDS LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and LOUD RECORDS LLC

| Field | Value |
|---|---|
| NAME (Type or print) | Amanda C. Jones |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | /s/ Amanda C. Jones |
| FIRM | DLA PIPER US LLP |
| STREET ADDRESS | 203 N. LaSalle Street Suite 1900 |
| CITY/STATE/ZIP | Chicago, IL 60601-1293 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | ARDC #06286509 |
| TELEPHONE NUMBER | (312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |

CHGO1\31143669.1