AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C.  20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN    ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION    [ ]APPEAL | COURT NAME AND LOCATION<br><br>United States District Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | |
|---|---|---|
| **DOCKET NO.**<br>08-474 | **DATE FILED**<br>1/22/08 | |
| **PLAINTIFF**<br>UMG Recordings, Inc. etal | | **DEFENDANT**<br>Parrish Brown |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1) See attached | | |
| 2) | | |
| 3) | | |
| 4) | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ]Amendment    [ ]Answer    [ ]Cross Bill    [ ]Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br><br>[ x ] Other    [ ]Judgment | WRITTEN OPINION ATTACHED<br><br>[ ] Yes    [ x ] No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Michael W. Dobbins | **(BY) DEPUTY CLERK**<br>Cynthia D. Young | **DATE**<br>01/24/08 |

# EXHIBIT A

## PARRISH BROWN

**IP Address:** 129.2.159.235 2007-01-31 20:43:16 EST    **CASE ID#** 116682573

**P2P Network:** AresWarez    **Total Audio Files:** 286

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | What These Bitches Want | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| Arista Records LLC | Kenny G | Everytime I Close My Eyes | The Moment | 236-228 |
| LaFace Records LLC | TLC | Fanmail | Fanmail | 298-454 |
| BMG Music | Public Announcement | John Doe | Don't Hold Back | 290-826 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |
| UMG Recordings, Inc. | Boyz II Men | End Of The Road | Legacy | 305-536 |
| Loud Records LLC | Mobb Deep | Get Away | Infamy | 305-671 |