AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LOUD RECORDS LLC, a Delaware corporation, | CASE NUMBER:<br><br>ASSIGNED JUDGE:<br><br>DESIGNATED MAGISTRATE JUDGE: |

**08 C 474**

**JUDGE ASPEN
MAGISTRATE JUDGE KEYS**

V.

PARRISH BROWN

TO:

Parrish Brown
702 E. 144th Street Dolton
Dolton, IL 60419

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Keith W. Medansky      Phone: (312) 368-4000
Ann Marie Bredin       Fax:   (312) 236-7516
Amanda C. Jones
DLA PIPER US LLP
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk                                    DATE

*Cynthia Mercado*                                            **January 22, 2008**
----------------------------                                 ----------------------------
(By) DEPUTY CLERK                                            Date



IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UMG RECORDINGS, INC., A DELAWARE CORPORATION; ET AL.,<br><br>　　　　　　　　　　　　Plaintiff/Petitioner<br><br>vs.<br>PARRISH BROWN<br><br>　　　　　　　　　　　　Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08 C 474**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS; CIVIL COVER SHEET; COMPLAINT; EXHIBITS; CASE MANAGEMENT PROCEDURES; LOCAL RULES; NOTICE TO DEFENDANT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **17th day of March, 2008, at 9:30 PM**, at the address of **702 E 144TH STREET DOLTON, DOLTON, Cook County, IL 60419**; this declarant served the above described documents upon **PARRISH BROWN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **DARLENE NICHOLS, Aunt, A black female approx. 40-45 years of age 5'4"-5'6" in height weighing 160-180 lbs with black hair**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **18th day of March, 2008**

_____
Robert Harenberg, Reg. # 117-001419, IL

FOR: **DLA PIPER US LLP**
REF:
**BROWNPARRISH|116682573**

ORIGINAL PROOF OF SERVICE

Tracking #: **5256048** SEA

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/17/2008 |
| NAME OF SERVER (PRINT) Robert Harenberg | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
Darlene Nichols, Aunt

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/18/2008
                     Date

*Signature of Server*

27 N. Wacker Dr., #431, Chicago, IL 60606
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.