IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LOUD RECORDS LLC, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PARRISH BROWN, <br><br> Defendant. | Case No.: 08 C 474 <br><br><br> Honorable Marvin E. Aspen |

## NOTICE OF MOTION

Please take notice that on Tuesday, May 6, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, or any Judge sitting in his stead in Courtroom 2525 at the Dirksen Federal Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Default Judgment and Permanent Injunction and the accompanying Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction, copies of which are attached hereto and hereby served upon you.

CHGO1\31205119.1

Respectfully submitted,

UMG RECORDINGS, INC.; ARISTA RECORDS LLC; LAFACE RECORDS LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT and LOUD RECORDS LLC,

DATED:  April 22, 2008

By:  /s/ Amanda C. Jones
One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann M. Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

2

CHGO1\31205119.1

## CERTIFICATE OF SERVICE

I, Amanda C. Jones, hereby certify that on April 22, 2008, I caused copies of (a) the Notice of Motion, (b) the Motion for Default Judgment and Permanent Injunction, and (c) the Memorandum in Support of Motion for Default Judgment and Permanent Injunction (collectively, the "Documents") to be filed electronically. Notice of these filings were sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on April 22, 2008, I caused a copy of the Documents to be served on the following party, via Federal Express, with delivery guaranteed to occur prior to 7:00 p.m. on Wednesday, April 23, 2008:

> Parrish Brown
> 702 E. 144th Street
> Dolton, Illinois 60419

DATED: April 22, 2008           By:   /s/ Amanda C. Jones
                                      Amanda C. Jones

CHGO1\31205119.1