**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UMG Recordings, Inc., et al.
                      Plaintiff,

v.                                             Case No.: 1:08−cv−00474
                                                Honorable Marvin E. Aspen

Parrish Brown
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/5/08:Plaintiffs' Motion for default judgment [12] and permanent injunction is granted. Motion terminated. Judgment is entered in favor of plaintiffs and against defendant Parrish Brown in the total principal sum of $6,000.00 and plaintiffs' costs of suit herein in the amount of $480.00. Enter Order for default judgment and permanent injunction. The motion hearing set for 5/6/08 is stricken. The status hearing set for 5/6/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.