**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LOUD RECORDS LLC, a Delaware corporation, | Case No.: 08 C 474<br><br>Honorable Marvin E. Aspen |
| Plaintiffs, | |
| v. | |
| PARRISH BROWN, | |
| Defendant. | |

## ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This matter coming to be heard on the motion of Plaintiffs UMG Recordings, Inc., Arista Records LLC, Laface Records LLC, Sony BMG Music Entertainment, and Loud Records LLC (collectively, the "Plaintiffs") for entry of default judgment and a permanent injunction against Defendant Latisha Brandon ("Defendant"), filed on April 22, 2008 (the "Motion"); due and proper notice having been provided; good cause appearing therefore; and this Court being fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED:**

Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight (8) sound recordings listed in Exhibit A to the Complaint for Copyright Infringement (the "Complaint").

1.    Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Eighty Dollars ($480.00).

3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "What These Bitches Want," on album "...And Then There Was X," by artist "DMX" (SR# 279-017);
- "5 Steps," on album "Dru Hill," by artist "Dru Hill" (SR# 227-760);
- "Everytime I Close My Eyes," on album "The Moment," by artist "Kenny G" (SR# 236-228);
- "Fanmail," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "John Doe," on album "Don't Hold Back," by artist "Public Announcement" (SR# 290-826);
- "This Woman's Work," on album "Now," by artist "Maxwell" (SR# 302-599);
- "End Of The Road," on album "Legacy," by artist "Boyz II Men" (SR# 305-536);
- "Get Away," on album "Infamy," by artist "Mobb Deep" (SR# 305-671).

9.    Defendant shall also be and hereby is enjoined from directly or indirectly infringing any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

10.    Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED:    May 5, 2008          By: _____

Honorable Marvin E. Aspen
United States District Judge