# United States District Court
## Northern District of Illinois
### Eastern Division

UMG Recordings, Inc., et al				**JUDGMENT IN A CIVIL CASE**

　　　　v.						Case Number: 08 C 474

Parrish Brown

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment and permanent injunction is entered in favor of the plaintiffs and against the defendant Parrish Brown in the total principal sum of $6,000.00 and plaintiffs' costs of suit herein in the amount of $480.00.

　　　　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 5/5/2008					_____
　　　　　　　　　　　　　　　　　　　　　　　/s/ Gladys Lugo, Deputy Clerk